UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
NONYE IKEGWUOHA,                                                  :
                                                                  :
                                    Plaintiff,                    :     21-CV-6263 (JMF)
                                                                  :
                    -v-                                           :     ORDER
                                                                  :
ART VILLAGE GALLERY et al.,                                       :
                                                                  :
                                    Defendants.                   :
                                                                  :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On July 27, 2021, the Court ordered Defendants to serve Plaintiff with the Court's July 27, 2021 Order and the Court's Individual Rules and Practices in Civil Cases within two business days, and to file proof of such service on the docket. Counsel for Plaintiff were directed to enter a notice of appearance on the docket within two business days of such service. *See* ECF No. 5.

      To date, Defendants have not filed proof of service, and Plaintiff's counsel have not entered a notice of appearance. As a courtesy, Defendants' deadline to comply with the Court's Order of July 27, 2021, is hereby EXTENDED, *nunc pro tunc*, to **August 31, 2021**. Failure to comply with this Order may result in sanctions.

      SO ORDERED.

Dated: August 26, 2021
       New York, New York
                                      JESSE M. FURMAN
                                      United States District Judge