UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
NONYE IKEGWUOHA,

                Plaintiff,                            21-CV-6263 (JMF)

          -v-                                        ORDER

ART VILLAGE GALLERY et al.,

                Defendants.
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On November 29, 2021, counsel for Plaintiff, Nonye Ikegwuoha, filed a motion to withdraw as Plaintiff's counsel. *See* ECF No. 28. By **December 2, 2021** Plaintiff's counsel shall serve (1) the motion and any supporting documents and (2) a copy of this Order on his client, and by **December 6, 2021**, file proof of such service on the docket. *See* S.D.N.Y. Local Rule 1.4.

      Any opposition to the motion to withdraw shall be filed by **December 10, 2021**; any reply shall be filed by **December 15, 2021**. Unless and until the Court grants the motion, Simon Kabzan remains counsel of record, and discovery shall proceed as scheduled. If Plaintiff has secured new counsel, new counsel shall promptly enter a notice of appearance to ensure a smooth transition of counsel in the event that the motion to withdraw is granted.

      SO ORDERED.

Dated: November 30, 2021
       New York, New York
                                                  JESSE M. FURMAN
                                             United States District Judge