UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                             :

NONYE IKEGWUOHA,                       :

                            :

                   Plaintiff,         :               21-CV-6263 (JMF)

                            :

        -v-                      :               ORDER

                            :

ART VILLAGE GALLERY et al.,      :

                            :

                   Defendants.     :

                            :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        Plaintiff is ordered to file a response to Defendants' January 7, 2022 letter, ECF No. 35,

no later than **January 14, 2022**.  Given that Plaintiff is now proceeding without counsel (that is,

*pro se*), *see* ECF No. 31, and appears to be living abroad, he is encouraged to submit all filings

electronically as PDFs by email to Temporary_Pro_Se_Filing@nysd.uscourts.gov.  *Pro se*

parties who are unable to use email may submit documents by regular mail to the Pro Se Intake

Unit, Thurgood Marshall Courthouse, 40 Centre Street, Room 105, New York, New York 10007,

or in person at the drop box located at the U.S. Courthouse at 500 Pearl Street.  In either case,

however, there may be significant delays before such filings are received and/or docketed.  If the

*pro se* party would like to receive communications in this case electronically, he is encouraged to

fill out the attached consent form and to return it to the Pro Se Intake Unit.

        The Court will address the issues raised by Defendants, as well as the discovery deadline,

at the pretrial conference on **January 18, 2022, the time of which is CHANGED** to **10:30 a.m.**

The conference will be held remotely by telephone in accordance with Rule 2(B) of the Court's

Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-

furman.  The parties should join the conference by calling the Court's dedicated conference line

at **(888) 363-4749** and using access code **542-1540**, followed by the pound (#) key.  All parties

should review and comply with the rules regarding teleconferences in the Court's Individual

Rules and Practices in Civil Cases, including Rule 2(B)(i), which requires the parties, **no later**

**than 24 hours before the conference**, to send a joint email to the Court with a list of individuals

who may speak during the teleconference and the telephone numbers from which they expect to

join the call.

**Plaintiff is warned that failure to file a response to Defendants' letter, to comply**

**with his discovery obligations, and/or to appear at the conference may result in sanctions,**

**up to and including dismissal of this case.**

The Clerk of the Court is directed to mail a copy of this Order to Plaintiff.  Defense

counsel is ordered to serve a copy of this Order on Plaintiff by email and WhatsApp no later than

**January 10, 2022**, and to promptly file proof of such service.


SO ORDERED.

Dated: January 7, 2022
      New York, New York          _____
                                JESSE M. FURMAN
                           United States District Judge

**United States District Court**
**Southern District of New York**
*Pro Se Office*

# Pro Se (Nonprisoner) Consent & Registration Form to Receive Documents Electronically

Parties who are not represented by an attorney and are not currently incarcerated may choose to receive documents in their cases electronically (by e-mail) instead of by regular mail. Receiving documents by regular mail is still an option, but if you would rather receive them only electronically, you must do the following:

1. Sign up for a PACER login and password by contacting PACER[1] at www.pacer.uscourts.gov or 1-800-676-6856;

2. Complete and sign this form.

If you consent to receive documents electronically, you will receive a Notice of Electronic Filing by e-mail each time a document is filed in your case. After receiving the notice, you are permitted one "free look" at the document by clicking on the hyperlinked document number in the e-mail. Once you click the hyperlink and access the document, you may not be able to access the document for free again. After 15 days, the hyperlink will no longer provide free access. Any time that the hyperlink is accessed after the first "free look" or the 15 days, you will be asked for a PACER login and may be charged to view the document. For this reason, *you should print or save the document during the "free look" to avoid future charges.*

## IMPORTANT NOTICE

Under Rule 5 of the Federal Rules of Civil Procedure, Local Civil Rule 5.2, and the Court's Electronic Case Filing Rules & Instructions, documents may be served by electronic means. If you register for electronic service:

1. You will no longer receive documents in the mail;

2. If you do not view and download your documents during your "free look" and within 15 days of when the court sends the e-mail notice, you will be charged for looking at the documents;

3. This service does *not* allow you to electronically file your documents;

4. It will be your duty to regularly review the docket sheet of the case.[2]

---

[1] Public Access to Court Electronic Records (PACER) (www.pacer.uscourts.gov) is an electronic public access service that allows users to obtain case and docket information from federal appellate, district, and bankruptcy courts, and the PACER Case Locator over the internet.

[2] The docket sheet is the official record of all filings in a case. You can view the docket sheet, including images of electronically filed documents, using PACER or you can use one of the public access computers available in the Clerk's Office at the Court.

 **United States District Court**
**Southern District of New York**
*Pro Se Office*

# CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1.  I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2.  I have established a PACER account;

3.  I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4.  I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5.  I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6.  I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

### Civil case(s) filed in the Southern District of New York:

**Note:** This consent will apply to all cases that you have filed in this court, so please list all of your pending and terminated cases. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

_____

_____

_____

_____
Name (Last, First, MI)

_____
Address            City            State            Zip Code

_____
Telephone Number            E-mail Address

_____
Date            Signature

**Return completed form to:**

Pro Se Office (Room 200)
500 Pearl Street
New York, NY 10007