UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
       :
NONYE IKEGWUOHA,       :
       :
                       Plaintiff,       :                     21-CV-6263 (JMF)
       :
     -v-                   :                     ORDER
       :
ART VILLAGE GALLERY et al.,       :
       :
                       Defendants.      :
       :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Earlier today, the Court received the attached letter by email from Plaintiff. As noted in the Court's Order of January 7, 2022, *see* ECF No. 36, Plaintiff may not make submissions directly to the Court. Nor may he engage in *ex parte* communications — that is, communications without Defendants — with the Court. Any submissions to the Court must be made through the Pro Se Intake Unit, Thurgood Marshall Courthouse, 40 Centre Street, Room 105, New York, New York 10007, or to Temporary_Pro_Se_Filing@nysd.uscourts.gov, the temporary email address established to permit unrepresented parties to file things by email during the pandemic. Future submissions made directly to the Court may be disregarded.

      In light of Plaintiff's letter, and to permit him to find new counsel, the deadline for him to file a response to Defendants' discovery letter motion, ECF No. 35, is extended to **February 24, 2022**, and the pretrial conference scheduled for January 18, 2022, is **ADJOURNED** to **March 1, 2022**, at **11:15 a.m.** (If Plaintiff finds new counsel sooner, the Court may move the conference up.) No further extensions will be granted — which is to say, if Plaintiff has not obtained new counsel, he is required to file a response to Defendants' letter motion on his own and will be

required to appear at the conference without counsel.  Failure to do either thing may result in sanctions, up to and including dismissal of the case for failure to prosecute.

The March 1, 2022 conference will be held remotely by telephone in accordance with Rule 2(B) of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman.  The parties should join the conference by calling the Court's dedicated conference line at **(888) 363-4749** and using access code **542-1540**, followed by the pound (#) key.  All parties should review and comply with the rules regarding teleconferences in the Court's Individual Rules and Practices in Civil Cases, including Rule 2(B)(i), which requires the parties, **no later than 24 hours before the conference**, to send a joint email to the Court with a list of individuals who may speak during the teleconference and the telephone numbers from which they expect to join the call.

The Clerk of the Court is directed to mail a copy of this Order to Plaintiff.  Defense counsel is ordered to serve a copy of this Order on Plaintiff by email and WhatsApp no later than **5 p.m. TODAY** and to promptly file proof of such service.

SO ORDERED.

Dated: January 14, 2022
        New York, New York

_____
JESSE M. FURMAN
United States District Judge

13th January, 2022.

Nonye Ikegwuoha
Plot 312, Gilbert Chikelu Crescent,
Guzape District, Abuja,
Federal Capital Territory, Nigeria.

The Honorable Jesse M. Furman U.S.D.J.
United States District Court for The
Southern District Of New York
Thurgood Marshall United States Courthouse
40 Foley Square,
New York, New York 10007.

Your Honor Sir,
IKEGWUOHA, NONYE v FedEx Ground, et al
Case No.: 1:21-cv-6263.

I am the plaintiff in the above-referenced case before your court and before your Honor.

According to documents sent to me electronically and via WhatsApp, my previous counsel, Simon Kabzan Esq filed a motion to withdraw as Counsel of Records on 29 November, 2021. Your Honor eventually granted Mr. Kabzan's Motion to Withdraw as counsel of Records on December 16, 2021.

While I'm presently located in Abuja, Nigeria at the address named above, I'm officially scheduled for an appointment at the United States Embassy to acquire my visa and other relevant travel documents to allow me be present before your Honor with regards to the said case.

However, I'm neither competent nor qualified to proceed presently without counsel. Therefore, I most respectfully request a bit more time to Retain a competent Counsel to properly represent me in this matter. I recognize the importance of the matter, the positions of the defendants and most importantly your Honor's time but assure that it is neither negligence nor lack of forthrightness that have delayed my obligations to answering the orders of the court or the Discoveries as requested of me by FedEx Counsel but rather my lack of competence or professional qualification to do so.

My plea to you Sir is most respectfully requested and I assure you of my full commitment to the Law and any position / decision you might advise. I hasten also to request your pardon for my writing so directly to you.

Thank you so very much in advance.

Yours most sincerely,

Nonye Ikegwuoha.