UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
NONYE IKEGWUOHA,

                Plaintiff,

        -v-                                       21-CV-6263 (JMF)

ART VILLAGE GALLERY ET AL.,           ORDER

                Defendants.
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The time of the conference scheduled for **March 1, 2022**, is changed to **9:15 a.m.** The conference be held **remotely by telephone** in accordance with Rule 2(B) of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman. The parties should join the conference by calling the Court's dedicated conference line at (888) 363-4749 and using access code 542-1540, followed by the pound (#) key. The parties should review and comply with the rules regarding teleconferences in the Court's Individual Rules and Practices in Civil Cases.

      The Clerk of Court is directed to mail a copy of this Order to Plaintiff. Defense counsel is directed to send a copy of this Order to Plaintiff by email and/or WhatsApp.

      SO ORDERED.

Dated: February 16, 2022
       New York, New York
                                                      JESSE M. FURMAN
                                         United States District Judge