UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
NONYE IKEGWUOHA,                                                   :
                                                                   :
                          Plaintiff,                               :
                                                                   :     21-CV-6263 (JMF)
          -v-                                                      :
                                                                   :     ORDER
ART VILLAGE GALLERY et al.,                                        :
                                                                   :
                          Defendants.                              :
                                                                   :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The pretrial conference scheduled for May 2, 2022, is CANCELED. Instead, each party is directed to, within seven days of the close of fact discovery on April 29, 2022, file a letter (1) indicating whether it plans to file a motion for summary judgment and (2) addressing whether there is a need for a conference with the Court at this time.

      SO ORDERED.

Dated: April 25, 2022
       New York, New York
                                           JESSE M. FURMAN
                                          United States District Judge