```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
NONYE IKEGWUOHA,                                                        :
                                                                        :
                                Plaintiff,                              :     21-CV-6263 (JMF)
                                                                        :
                -v-                                                     :          ORDER
                                                                        :
ART VILLAGE GALLERY et al.,                                             :
                                                                        :
                                Defendants.                             :
                                                                        :
------------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

It is hereby ORDERED that all parties appear for a pretrial conference with the Court on **May 23, 2022** at **9:00 a.m.**

The conference will be held remotely by telephone in accordance with Rule 2(B) of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman. The parties should join the conference by calling the Court's dedicated conference line at (888) 363-4749 and using access code 542-1540, followed by the pound (#) key. Counsel should review and comply with the rules regarding teleconferences in the Court's Individual Rules and Practices in Civil Cases, including Rule 2(B)(i), which requires the parties, **no later than 24 hours before the conference**, to send a joint email to the Court with a list of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.

SO ORDERED.

Dated: May 9, 2022
      New York, New York

                                             JESSE M. FURMAN
                                    United States District Judge