

*Application Granted*

Valerie Figueredo, U.S.M.J.

DATED: 8-9-2022

The settlement conference scheduled for Wednesday, August 24, 2022, is hereby adjourned. Once summary judgment briefing has been completed, the parties are directed to submit a joint letter within one week regarding the status of settlement discussions and whether the parties would like to reschedule the settlement conference at that time. The Clerk of Court is directed to close the motion at ECF No. 89.

ANDREW M. HORVATH
ahorvath@spencepartnerslaw.com

August 8, 2022

SUBMITTED VIA ECF
Hon. Valerie Figueredo, U.S. Magistrate Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    **_Letter Motion for Relief Concerning Judicial Mediation_**
                     *Nonye Ikegwuoha v. Art Village Gallery, et al.*
                     *Case no. 1:21-cv-6263*

Dear Magistrate Judge Figueredo:

      Please accept this submission as a Letter Motion on behalf of the Defendants, Art Village Gallery and Sheila Urevbu (collectively the "Urevbu Defendants"), seeking relief concerning the in-person Judicial Mediation presently scheduled with Your Honor for Wednesday, August 24, 2022 at 10:00 a.m.

    a. <u>Relief Requested</u>

      Specifically, the Urevbu Defendants respectfully move Your Honor (1) to relieve them their obligation of attending the presently scheduled Judicial Mediation on August 24, 2022, or (2) to allow them attend the Judicial Mediation remotely, so as to avoid the significant travel expenses required for both Ms. Urevbu and undersigned counsel to fly from Memphis, Tennessee to and from New York City between the evening hours of August 23, 2022 and August 24, 2022.

    b. <u>Good Cause in Support of Relief Requested</u>

      In support of their present request, the Urevbu Defendants would show Your Honor that the Plaintiff, Nonye Ikegwuoha ("Plaintiff"), did not file a response in opposition to the Motions for Summary Judgment (of either the Urevbu Defendants or co-Defendant, FedEx Ground Package System, Inc.) by the August 1, 2022 deadline set by this Court's Order (ECF no. 69). Moreover, according to the Plaintiff's last update to the Defendants regarding his travel schedule, he has not been cleared by the Consulate in Lagos, Nigeria to travel to New York for the Judicial Mediation, notwithstanding correspondence that was provided to the Consulate by all of the Defendants.

*Hon. Valerie Figueredo*
*August 8, 2022*
*Page 2*

    c.  <u>Miscellaneous Development</u>

Finally, on Friday, August 5, 2022, we received a Notice of Appearance on behalf of an attorney advising that he now represents the Plaintiff in this case.  Earlier today, Hon. Jesse D. Furman, the U.S. District Judge presiding over this case, issued a Show Cause Order to the Plaintiff (ECF no. 87) concerning his failure to timely file any response to the pending Motions for Summary Judgment within two (2) weeks of today (i.e., August 22, 2022).

Any response by the Plaintiff to the Show Cause Order would likely be tendered on the eve of travel for the Judicial Mediation with Your Honor, prompting the present Letter Motion for Relief as set forth herein.

Your Honor's time and consideration of this Letter Motion are greatly appreciated.

Respectfully submitted,

<u>/s/ Andrew M. Horvath</u>
SPENCE PARTNERS
Robert L.J. Spence, Jr.
Andrew M. Horvath
65 Union Avenue, Suite 900
Memphis, TN 38103

*Attorneys for Defendants*
*Sheila Urevbu and Art*
*Village Gallery*

Cc:    Matthew Sicheri, Esq. (via ECF & electronic mail)
        Patrick O'keke, Esq. (via ECF & electronic mail)