**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
NONYE IKEGWUOHA,

      Plaintiff,       21 **CIVIL** 6263 (JMF)

  -against-         **RULE 54(b) JUDGMENT**

ART VILLAGE GALLERY a/k/a UREVBU
CONTEMPORARY, et al.,
      Defendants.
------------------------------------------------------------X

  It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 9, 2023, FedEx Ground's motion for summary judgment is GRANTED in part and DENIED in part, and Ikegwuoha's cross-motion for summary judgment with respect to his claims against FedEx Ground is GRANTED in part. The bottom line is that Ikegwuoha is granted summary judgment on his claims against FedEx Ground in the sum of $1,000. Pursuant to Rule 54(b), judgment is entered in Ikegwuoha's behalf against FedEx Ground in accordance with the Opinion and Order. By contrast, the Court reserves judgment on the motions with respect to Ikegwuoha's claims against the Urevbu Defendants pending the discussion with the parties and possible further briefing; pursuant to Fed. R. Civ. P. 54(b), there is no just reason to delay; judgment is hereby entered.

**Dated:** New York, New York
    February 9, 2023

                   **RUBY J. KRAJICK**

                   _____
                   **Clerk of Court**
            **BY:** *K. Mango*
                   _____
                   **Deputy Clerk**