UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
NONYE IKEGWUOHA, :
:
                Plaintiff, :
: 21-CV-6263 (JMF)
    -v- :
: ORDER
:
ART VILLAGE GALLERY a/k/a UREVBU :
CONTEMPORARY, et al., :
:
                Defendants. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      As stated on the record during the conference held earlier today:

- By separate order today, the Court will refer the parties to the assigned magistrate judge for settlement.

- Plaintiff is directed to file a brief in the form of a letter not to exceed 5 pages concerning the exercise of supplemental jurisdiction over the remaining claims within **45 days of this order or within two weeks following a settlement conference, whichever is earlier**. Defendants have a **week** from the filing of such a letter to respond in the same format.

      SO ORDERED.

Dated: March 28, 2023
       New York, New York
                                                 JESSE M. FURMAN
                                           United States District Judge