UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
NONYE IKEGWUOHA,

                        Plaintiff,

       -against-

ART VILLAGE GALLERY et al.,

                       Defendants.
-------------------------------------------------------------------X

21-CV-06263 (JMF) (VF)

**ORDER SCHEDULING PRE-SETTLEMENT CONFERENCE CALL**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

A pre-settlement conference call in this matter is hereby scheduled for **Tuesday, April 11, 2023 at 10:30 a.m**. Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code 9781335**.

       SO ORDERED.

DATED:    New York, New York
               March 29, 2023

                                                      VALERIE FIGUEREDO
                                                      United States Magistrate Judge