# O'KEKE & ASSOCIATES, P.C.

ATTORNEYS AT LAW
801 FRANKLIN AVENUE
BROOKLYN, NEW YORK 11238
TEL: (718) 855-9595, FAX: (718) 855-9494

April 11, 2023

**By E.C.F.**

The Honorable Valerie Figueredo
United States Magistrate Judge
Southern District of New York
500 Pear Street
New York, New York 10007-1312

> Application Granted
>
> /s/ Valerie Figueredo
> Valerie Figueredo, U.S.M.J.
> DATED: 4-12-2023
>
> The Clerk of Court is directed to terminate the motion at ECF No. 111.

Re: Ikegwuoha v. Art Village Gallery, et al.
21 cv 06263 (JMF)

Dear Judge:

My office represents Nonye Ikegwuoha, the plaintiff in the above referenced case. The parties are currently scheduled to attend a telephone settlement conference before your honor on April 12, 2023. I am submitting this letter to inform the Court that the parties have reached a settlement agreement in the present action and will be submitting the necessary stipulations to the Court shortly.

For the foregoing reasons the parties jointly request that the parties' appearance on April 12, 2023, for the telephone settlement conference, be waived and the matter marked off your honor's calendar permanently.

Thank you for your consideration in this matter.

Respectfully Submitted

/s/
Patrick O'keke, Esq.  (PO 2861)


cc. by ecf

Andrew M. Horvath, Esq.
Spence Partners
65 Union Avenue, Suite 900
Memphis, TN 38101